# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Dusan C., | Case No. 26-cv-00620 (JRT/ECW) |
| Petitioner, | |
| v. | ORDER |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary of Homeland Security* Todd M. Lyons, *Acting Director of U.S. Immigration & Customs Enforcement*; Marcos Charles; *Acting Executive Associate Director for Enforcement and Removal Operations*; Peter Berg, *Field Office Director for Enforcement and Removal Operations*; U.S. Immigration & Customs Enforcement; U.S. Department of Homeland Security; Eric Tollefson; *Kandiyohi County Sheriff*, | |
| Respondents. | |

This matter is before the Court on Petitioner's Emergency Petition for Writ of Habeas Corpus ("Petition") (Dkt. 1). Among other things, Petitioner alleges that he is a citizen of Yugoslavia, which "ceased to exist in 1992," making Petitioner stateless, "though Respondents apparently believe they are allowed to deport Petitioner to Poland despite his lack of Polish citizenship or other ties to Poland." (*Id.* ¶¶ 2, 3.) Petitioner also alleges:

> Since being detained, ICE is telling Petitioner that they are going to deport him to Poland, even though there is no removal order allowing a removal to Poland and even though there is no otherwise lawful basis for deporting

Petitioner to Poland, and even though ICE has received no assurances from
Poland that they will accept Petitioner.

(*Id.* ¶ 18.)

On January 24, 2026, United States District Judge John R. Tunheim ordered Respondents to answer the Petition, "certifying the true cause and proper duration of Petitioner's confinement," and include "[s]uch affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition." (Dkt. 3 at 2-3.) Judge Tunheim also enjoined Respondents from removing Petitioner from the District of Minnesota until the Court issues an order on the pending Petition. (*Id.* at 2.)

Respondents filed a Response and supporting Declaration of James L. Van Der Vaart on January 27, 2026. (Dkts. 5, 6.) Respondents allege that Petitioner is a citizen of Poland, that "the claimed mother was also reportedly born in Poland," and that Petitioner "has claimed to have been born in Poland in all of his pending and approved applications with US Citizenship and Immigration Services (USCIS)." (Dkt. 6 ¶ 4; *see also* Dkt. 5 at 2.) Respondents also state that Petitioner was ordered removed on January 4, 1999, and was released pursuant to an Order of Supervision dated January 19, 2000.[1] (Dkt. 6 ¶¶ 10-11.) Respondents did not attach the order of removal, the order of supervision, or any documents substantiating their assertions as to Petitioner's prior claims to Polish

---

[1]   It appears that Petitioner was detained at some point before January 19, 2000 (*see* Dkt. 6 ¶ 11), but it is not clear from Respondents' filing.

2

citizenship or the basis for their assertion that "the claimed mother was also reportedly born in Poland" as exhibits.

Consequently, the Court issues this Order for supplemental filings necessary for the Court to issue an order on the Petition. Respondents are ordered to file the following documents on or before **February 10, 2026**:

1. Documents supporting Respondents' assertion that Petitioner "has claimed to have been born in Poland in all of his pending and approved applications with US Citizenship and Immigration Services" and that "the claimed mother was also reportedly born in Poland";

2. Petitioner's January 04, 1999 Order of Removal;

3. Petitioner's January 19, 2000 Order of Supervision; and

4. A Declaration setting forth:

    a. the length of time, if any, that Petitioner was detained prior to his 2000 release;

    b. what circumstances have changed following that release that prompted Petitioner's arrest by ICE on January 23, 2026; and

    c. what steps have been taken to remove Petitioner since his January 23, 2026 arrest, including whether a travel document has been requested or obtained.

The Petition remains under advisement pending those submissions.

   **SO ORDERED.**

Dated: February 3, 2026

*s/Elizabeth Cowan Wright*
Elizabeth Cowan Wright
United States Magistrate Judge

3