# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DUSAN C.,<br><br>        Petitioner,<br><br>v.<br><br>PAMELA BONDI, *United States Attorney General;* KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; TODD M. LYONS, *Acting Director, Immigration and Customs Enforcement*; MARCOS CHARLES, *Acting Executive Associate Director, Enforcement and Removal Operations*; PETER BERG, *Field Office Director, Enforcement and Removal Operations*; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY; and ERIC TOLLEFSON, *Kandiyohi County Sheriff*,<br><br>        Respondents. | Civil No. 26-CV-620 (JRT/ECW)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

Petitioner Dusan C. was arrested by U.S. Immigration and Customs Enforcement (ICE) officials on January 23, 2026. The next day, on January 24, 2026, Petitioner filed a Verified Petition for Writ of Habeas Corpus, alleging that his detention is unlawful. (Docket No. 1.)  Respondents filed an answer on February 11, 2026. (Docket No. 9.)

The matter was referred to United States Magistrate Judge Elizabeth Cowan Wright.  On February 13, 2026, the Magistrate Judge issued a Report and

Recommendation (R&R) recommending that Dusan C.'s petition be granted. (R&R, Feb. 13, 2026, Docket No. 11.) The R&R set February 15, 2026, as the deadline to file any objections. No timely objections were filed.

Accordingly, the Court will adopt the R&R in full, and order Petitioner's immediate release.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Docket No. [11]) is **ADOPTED**, and the Verified Petition for Writ of Habeas Corpus of Petitioner Dusan C. (Docket No. [1]) is **GRANTED** as follows:

    a. If Petitioner is being detained outside of Minnesota, Respondents shall **TRANSPORT** Petitioner to Minnesota and **RELEASE** Petitioner from custody immediately. Petitioner's release in Minnesota must occur **no later than 48 hours after the filing of this Order**.

    b. If Petitioner is being detained in Minnesota, Respondents shall **RELEASE** Petitioner from custody as soon as practicable, and **no later than 48 hours from the filing of this Order**.

    c. Given the severe weather conditions in Minnesota, Respondents are **ORDERED** to coordinate with Petitioner's counsel to ensure that upon

      Petitioner's release, they are not left outside in dangerous cold. It is preferable to release Petitioner to counsel to ensure humane treatment.

   d. Respondents must release Petitioner with all personal effects, such as driver's license, passports, or immigration documents.

   e. Respondents are **ENJOINED** from imposing any conditions on Petitioner's release other than the conditions in his preexisting Order of Supervision dated January 19, 2000.

   f. Respondents are **ENJOINED** from re-detaining Petitioner under 8 C.F.R. § 241.13 unless Poland issues a travel document for Petitioner, or Petitioner violates a condition of his Order of Supervision, or another lawful basis for his detention arises.

   g. Both parties shall provide the Court with a status update concerning the status of Petitioner's release by **no later than 5:00 p.m. on February 21, 2026**. Further, the parties shall advise the Court whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

2. Petitioner Dusan C. may move separately within 30 days of final judgment in this action to recover attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED:  February 18, 2026                           _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                                  JOHN R. TUNHEIM
                                                                                          United States District Judge