# UNITED STATES DISTRICT COURT

## District of Minnesota

Dusan Cirlic

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, Marcos Charles, Peter Berg, U.S. Immigration & Customs Enforcement; U.S. Department of Homeland Security; Eric Tollefson

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00620-JRT-ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: The Court's Order adopting the report and recommendation 12 has been satisfied. This case is dismissed.

Date: 3/2/2026

KATE M. FOGARTY, CLERK